

Michele Kule-Korgood*
Joseph DaProcida
Kira I. Epstein

Of counsel
Melissa S. Ayre**

*also admitted in District of Columbia
**also admitted in New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22
```

February 1, 2022

**BY ECF**
Honorable Alison J. Nathan
United States District Court
40 Foley Square
New York, New York 10007-1312

Re: *R.G.C. et al v. N.Y.C. Dep't. of Educ.* 21-cv-7465 (AJN)(DCF)

Dear Judge Nathan:

I am the attorney representing Plaintiffs in the above-referenced matter wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write with the agreement of Matthew Nealon, Esq., counsel for Defendants, to request that the conference scheduled for February 11, 2022 be adjourned, with proposed alternative dates of March 11, 2022, March 18, 2022, April 1, 2022 or a date thereafter convenient for the Court, and that the filing date for the Joint Letter and Civil Case Management Plan be extended accordingly. This is the second request for such an extension. The first request was granted – Docket 11.

Defendants filed an Answer on Friday, and the parties are requesting more time to confer regarding the appropriate next steps and whether a resolution which avoids litigation might be attained.

Thank you for your consideration of this request.

> The conference scheduled for February 11, 2022, is adjourned to April 1, 2022. The parties' joint letter and case management plan are due 10 days before that date.
>
> SO ORDERED.   2/3/22   /s/ Alison J. Nathan

Respectfully submitted,

__/s/_____
Michele Kule-Korgood
Attorney for Plaintiffs

CC:   BY ECF
Matthew Nealon, Esq.

118-35 Queens Boulevard, 17th Floor • Forest Hills, New York 11375
Telephone (718) 261-0181 • Fax (718) 268-2633
www.specialeducationlawny.com