UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/22
```

R.G.C. et al.,

                Plaintiffs,

–v–

N.Y.C. Department of Education,

                Defendant.

21-cv-7465 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The conference scheduled for April 1, 2022, at 3:15 p.m. is hereby adjourned to April 8, 2022, at 3:15 p.m.

SO ORDERED.

Dated: March 25, 2022
       New York, New York

                                            ALISON J. NATHAN
                                         United States District Judge